UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BONCHON INTERNATIONAL, INC.,
BONCHON U.S.A., INC., and
BONCHON FRANCHISE LLC,     **PLAINTIFFS' RULE 7.1 STATEMENT**

    Plaintiffs,

    v.

SAPPORO INC.; BC ALEXANDRIA INC.;
BON BURKE INC.; SUN M. AN; and
YONG C. HAM,
a/k/a RYAN HAM

    Defendants.

-----------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Bonchon International, Inc., Bonchon U.S.A., Inc. and Bonchon Franchise LLC state the following:

- Bonchon Franchise LLC is a wholly owned subsidiary of Bonchon U.S.A., Inc.

- Bonchon U.S.A., Inc. is a wholly owned subsidiary of Bonchon International, Inc.

- Bonchon International, Inc. is a subsidiary of BPlus Investment Holdings Co., Ltd., which is not publicly held.

DATED: April 24, 2023

    Respectfully submitted,

    *S/Kevin M. Shelley*
    David J. Kaufmann
    Kevin M. Shelley
    Kaufmann Gildin & Robbins LLP
    767 Third Avenue, 30th Floor
    New York, New York  10017
    Tel. (212) 755-3100
    Fax. (212) 755-3174
    dkaufmann@kaufmanngildin.com
    kshelley@kaufmanngildin.com

    *Attorneys for Plaintiffs*