

767 THIRD AVENUE
NEW YORK NEW YORK 10017

TEL(212) 755-3100
FAX(212) 755-3174
WWW.KAUFMANNGILDIN.COM

Email:kshelley@kaufmanngildin.com
Direct Dial (212) 705-0814

August 10, 2023

**By ECF & Email (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square, Courtroom 618
New York, NY 10007



Re:   Bonchon International, Inc. v. Sapporo, Inc. et al.
      SDNY Docket No. 23-CV-3424-KPF

Hon. Judge Failla:

  This firm represents plaintiffs Bonchon International, Inc., Bonchon U.S.A., Inc. and Bonchon Franchise LLC in the above-referenced action. Counsel for the parties appeared before Your Honor on August 2, 2023 to argue plaintiffs' motion to enter a default and defendants' cross-motion to vacate the default. The Court denied plaintiffs' motion and directed defendants to file an answer within 21 days.

  During argument, the parties and the Court discussed a potential motion for preliminary injunction to enjoin defendants' continued unauthorized use of plaintiff's trademarks, trade dress and proprietary information. I am pleased to report that the parties, through their counsel, have executed a stipulation and proposed order of permanent injunction, pursuant to which defendants have agreed to immediately cease operating their restaurants using plaintiffs' trademarks and to de-identify those restaurants within a time certain. The stipulation and proposed order was filed today on ECF and a copy is also attached to this letter. The parties respectfully ask the Court to so-order and enter the stipulation and order on the Docket.

  This stipulated order resolves the claims for equitable relief in the Complaint. The claims for money damages remain pending.

  Thank you for your consideration and assistance. If you have any questions, please do not hesitate to contact me.

*Kaufmann Gildin & Robbins LLP*

Hon. Katherine Polk Failla
August 10, 2023
Page 2

                                  Very truly yours,

                                  KAUFMANN GILDIN & ROBBINS LLP

                                  *s/Kevin M. Shelley*

                                  By: KEVIN M. SHELLEY

KMS:tm
Encs.
cc:    Evan Goldman, Esq. (ECF & Email)

---

```
Application GRANTED.  Plaintiffs' counsel has represented to the Court
that the above joint letter intended to seek a preliminary injunction
pursuant to Rule 65, rather than a permanent injunction.  The Court will
amend and endorse the parties' stipulation and proposed order (Dkt. #38)
accordingly.

Defendants are reminded of their deadline to file an answer on or before
August 23, 2023.  The parties are thereafter instructed to file a
Proposed Civil Case Management Plan and Scheduling Order with the Court
on or before August 30, 2023.

The Clerk of Court is directed to terminate the pending motion at docket
number 36.


Dated:    August 10, 2023         SO ORDERED.
          New York, New York
```

                                                      *[signature]*

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE