UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONCHON INTERNATIONAL, INC., et al., Plaintiff(s), v. SAPPORO, INC., et al., Defendant(s). | 23-CV-3424 (DEH) **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Provided, the conference scheduled for December 19, 2023, is **ADJOURNED** to **December 20, 2023, at 10:30 A.M.** The conference will be held via Microsoft Teams. The parties shall join the conference by dialing (646) 453 – 4442, and entering the conference ID: 784 808 993, followed by the pound sign (#).

Dated: October 16, 2023
New York, New York

DALE E. HO
United States District Judge