```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BONCHON INTERNATIONAL, INC. et al,         :
                                            :
                                            :    23-CV-3424 (DEH) (RWL)
                              Plaintiffs,   :
                                            :
          - against -                       :    ORDER
                                            :
SAPPORO, INC. et al,                        :
                                            :
                              Defendants    :
                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at today's settlement conference:

1. By November 21, 2023, Defendants will provide Plaintiff with (1) ownership, franchise, and transfer documentation for the Bonchon Gainesville and BBQ Virginia restaurants and corresponding corporate entities; and (2) complete and accurate financial disclosure for which Defendants will be prepared to represent that the information is complete and accurate and that Defendants have no other assets beyond what is included in the disclosure. The parties shall then meet and confer to determine if questions remain and whether the case can be resolved.

2. By November 21, 2023, Defendants will remove the Bonchon signage from all three locations for which the franchise has been terminated.

3. The parties will cooperate with my Deputy Clerk to schedule a second settlement conference to be held in the event the case does not resolve prior to then.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2023
       New York, New York

Copies transmitted this date to all counsel of record.