



767 THIRD AVENUE
NEW YORK NEW YORK 10017

TEL(212) 755-3100
FAX(212) 755-3174
WWW.KAUFMANNGILDIN.COM

Email:kshelley@kaufmanngildin.com
Direct Dial (212) 705-0814

**By ECF**

Hon. Dale E. Ho
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Application **GRANTED.**  All deadlines remained stayed pending further order of the Court.  The parties shall file a further status letter by **February 23, 2024.**  So Ordered.

Dale E. Ho
United States District Judge
Dated: January 25, 2024
New York, New York

Re:   Bonchon International, Inc. v. Sapporo, Inc. et al.
        SDNY Docket No. 23-CV-3424-DEH

Hon. Judge Ho:

This firm represents plaintiffs Bonchon International, Inc., Bonchon U.S.A., Inc. and Bonchon Franchise LLC in the above-referenced action.  We write, jointly with counsel for the defendants, to request a further adjournment of all discovery and other deadlines set forth in the Civil Case Management Plan and Scheduling Order, dated August 24, 2023 (Doc. 47) pending the parties' completion of ongoing settlement efforts.

On November 9, 2023, you granted a similar request and directed the parties to file a status report on or before January 26, 2024 (Doc. No. 57).  Since then, the parties have reached an agreement in principle, but it will take a few more weeks to document it and arrange payment.  We ask the Court to permit the parties to file a further status report on or before February 23, 2024.  If the case has not been settled by then, our client intends to move forward to complete discovery and proceed to trial.

Thank you for your consideration and assistance.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

KAUFMANN GILDIN & ROBBINS LLP

*Kaufmann Gildin & Robbins LLP*

Hon. Hon. Dale E. Ho
January 24, 2024
Page 2

                                                                 *s/Kevin M. Shelley*

                                                            By: KEVIN M. SHELLEY

KMS:tm
cc:    Evan Goldman, Esq. (ECF & Email)
        Richard MacDowell, Esq. (Email)