UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONCHON INTERNATIONAL, INC., et al.,<br><br>                                   Plaintiffs,<br><br>                    v.<br><br>SAPPORO, INC., et al.,<br><br>                                   Defendants. | 23-CV-3424 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

A status letter filed March 8, 2024, states that "[t]he parties have conferred," regarding next steps in this litigation. *See* ECF No. 62. Counsel for Plaintiffs filed the March 8, 2024, letter and the letter notes that Mr. Evan Goldman and Mr. Richard MacDowell would be emailed a courtesy copy of the letter. *See id.* Mr. Goldman and Mr. Mark Walkow have entered notices of appearance on behalf of Defendants, *see* ECF Nos. 35, 54, but Mr. MacDowell has not.

On March 15, 2024, Mr. Goldman and Mr. Walkow filed motions to withdraw as attorneys for Defendants. *See* ECF Nos. 64, 65. Mr. Goldman's declaration in support states that at some point in the past, Mr. MacDowell was lead attorney for Defendants and notes that the request to withdraw is based on current communications with Mr. MacDowell. *See* ECF No. 64-1, ¶¶ 2, 4. Mr. Walkow's declaration in support states that Mr. MacDowell was formerly lead counsel for Defendants and that Mr. Walkow's firm has not communicated with Defendants or Mr. MacDowell since December 2023.

It is hereby **ORDERED** that by **March 22, 2024,** Defendants' counsel of record, i.e., Mr. Goldman and Mr. Walkow, shall file a letter on ECF. The letter shall state whether counsel retains a charging or retaining lien, in accordance with Local Civil Rule 1.4. The letter shall also state whether Mr. MacDowell or another attorney represents Defendants moving forward. If Mr.

MacDowell or another attorney will be representing Defendants moving forward, the parties may file a stipulated substitution of counsel signed by counsel of record, Defendants, and Mr. MacDowell (or any other substitute counsel).

Dated: March 18, 2024
New York, New York

DALE E. HO
United States District Judge