UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONCHON INTERNATIONAL, INC., et al.,

                    Plaintiffs,

v.

SAPPORO, INC., et al.,

                    Defendants.

23-CV-3424 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued March 19, 2024, adjourned the deadlines in which to complete discovery and granted defense counsel leave to withdraw from representation. *See* ECF No. 69. That order also obligated Defendants to seek alternative counsel promptly and to file a status letter or notice of appearance by April 26, 2024. *See id.* On March 21, 2024, withdrawn defense counsel filed proof of service of the March 19, 2024, order on Defendants. *See* ECF No. 70. No such notice of appearance or status letter was filed.

It is hereby **ORDERED** that Defendants shall file the required status letter or notice of appearance as soon as possible and no later than **May 2, 2024.** If no such letter or notice of appearance is filed, Plaintiffs shall file a status letter by **May 3, 2024,** describing any communications they have had with Defendants and proposing next steps in this litigation. Plaintiffs shall serve this order on Defendants via Federal Express and file proof of service on the docket by **April 30, 2024.**

Dated: April 29, 2024
       New York, New York

_____
DALE E. HO
United States District Judge