



767 THIRD AVENUE
NEW YORK NEW YORK 10017

TEL(212) 755-3100
FAX(212) 755-3174
WWW.KAUFMANNGILDIN.COM

Email:kshelley@kaufmanngildin.com
Direct Dial (212) 705-0814

September 4, 2024

**By ECF**
Hon. Dale E. Ho
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    Bonchon International, Inc. v. Sapporo, Inc. et al.
              SDNY Docket No. 23-CV-3424-DEH

Hon. Judge Ho:

    This firm represents plaintiffs Bonchon International, Inc., Bonchon U.S.A., Inc. and Bonchon Franchise LLC in the above-referenced action. We write to provide the Court with a status report, as directed by the Court's Order staying this action dated May 3, 2024 (Doc. 73).

    On July 23, 2024, the United States Bankruptcy Court for the Eastern District of Virginia granted a discharge under 11 U.S.C. 727 to defendants Ryan Hahm and Sophia Sunmin Hahm a/k/a Sun Min An.

    We have communicated with Defendants' former counsel, Evan Goldman, Esq., their Virginial counsel, Richard F. MacDowell Jr., Esq. and their bankruptcy counsel, Timothy J. McGary, Esq., to inquire whether the entity defendants will appear and be represented in this case. We have heard no response. Notwithstanding, we understand that the remaining entity defendants in this action (owned by the discharged individual defendants) are without assets.

    As a result, our clients are not interested in pursuing this action further. We respectfully ask the Court to dismiss the action.

    Thank you for your consideration and assistance. If you have any questions, please do not hesitate to contact me.

*Kaufmann Gildin & Robbins LLP*

Hon. Dale E. Ho
September 4, 2024
Page 2

                        Very truly yours,

                        KAUFMANN GILDIN & ROBBINS LLP

                        *s/Kevin M. Shelley*

                        By: KEVIN M. SHELLEY

KMS:tm
cc:    Evan Goldman, Esq. (Email)
        Richard F. MacDowell, Jr. Esq. (Email)
        Timothy J. McGary, Esq. (Email)(Bankruptcy Counsel)

Application GRANTED. SO ORDERED. The Clerk of Court is respectfully requested to close the case.

Dale E. Ho
United States District Judge
New York, New York
Dated: September 4, 2024